**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOANN RODRIGUEZ,

              Petitioner

              v.

KEYSTONE QUALITY TRANSPORT CO.,

              Respondent

: No. 440 EAL 2021
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 2287 EDA
: 2019 entered on July 23, 2021,
: **vacating and remanding** the Order
: of the Philadelphia County Court of
: Common Pleas at No. December
: Term, 2017, No. 00517 entered on
: June 13, 2019

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2022, the Petition for Allowance of Appeal is **GRANTED** in part. The order of the Superior Court is **VACATED**, and the case is **REMANDED** for application of the harmless error standard articulated in *Grove v. Port Authority of Allegheny County*, 218 A.3d 877, 889-90 (Pa. 2019), in light of the closing argument of the respondent's counsel as follows:

> You heard Mr. Lundberg say that he felt the vehicle slip on the trolley tracks, which may excuse the driver's actions. Quite frankly, I am not sure it excuses the driver's actions sufficiently for you to find this vehicle was not driven negligently. So on question 1: Do you find the defendant negligent? Yes or No? I don't think you're going to spend a lot of time on that question, quite frankly. I think you're good jurors. You paid attention to the evidence. I think you're going to find that the driver was negligent.

N.T., 1/31/2019, at 20, 21-22.